JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EDGAR KHACHATURYAN,

    Petitioner,

    v.

FERETI SEMAIA, ETC., ET AL.,

    Respondents.

No. ED CV 26-1892-~~CBM(E)~~ *E*

JUDGMENT

IT IS ADJUDGED that the Petition is granted and: (a) Respondents are ordered to (A 75659724) release Petitioner from detention immediately, subject to the conditions of his previous supervision; and (b) Respondents are enjoined from any further re-detention of Petitioner absent at least seven (7) days notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk

DATED: _June 2_____, 2026.

_____
~~OTIS D. WRIGHT, II~~
~~UNITED STATES DISTRICT JUDGE~~
Charles F. Eick
United States Magistrate Judge